UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2015 OCT 16  PM 12: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ wp _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 15CR2391-CAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE GUTIERREZ-OJEDA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 - Importation of Methamphetamine;

21 USC 952, 960 - Importation of Heroin.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 16, 2015

Cathy Ann Bencivengo
U.S. District Judge